No. 61161.—F. Ducharne Silk Co., Inc., et al. v. United States, protests 131247–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics, valued at more than $5.50 per pound, similar in all material respects to those the subject of *United States* v. *C. M. Gourdon, Inc.* (43 C. C. P. A. 4, C. A. D. 601), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, AUGUST 21, 1957

No. 61162.—J. & J. Distributing Co. et al. v. United States, protests 285594–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.